# MEMORANDUM DECISIONS.

[Criminal No. 398.]

A. A. BEASON, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Second Judicial District in and for the County of Graham. Owen T. Rouse, Judge.

F. L. B. Goodwin, and E. J. Edwards, for Appellant.

F. J. Heney, Attorney-General, and Wiley E. Jones, District Attorney, for Respondent.

January 10, 1894. Affirmed.

[Civil No. 369.]

UNITED STATES OF AMERICA, Appellant, v. SAMUEL H. DRACHMAN, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. Richard E. Sloan, Judge.

O. T. Rouse, U. S. District Attorney, for Appellant.

Selim M. Franklin, for Appellee.

January 10, 1894. Affirmed.